UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GARNER,           ) | |
| ) | Case No. |
| Plaintiff,           ) | |
| ) | Judge |
| v.           ) | |
| ) | Magistrate Judge |
| P.O. ANTHONY VINCENT # 15162,           ) | |
| Individually, P.O. C. GUERRERO, Individually, ) | JURY DEMAND |
| P.O. L. MIRO, Individually, P.O. A. DICARLO, ) | |
| Individually, and THE CITY OF CHICAGO,           ) | |
| a Municipal Corporation,           ) | |
| ) | |
| Defendants.           ) | |

## COMPLAINT

**NOW COMES** the Plaintiff, GREGORY GARNER, by and through his attorneys, GREGORY E. KULIS & ASSOCIATES, LTD., complaining against the Defendants, P.O. ANTHONY VINCENT # 15162, Individually, P.O. C. GUERRERO, Individually, P.O. L. MIRO, Individually, P.O. A. DICARLO, Individually, and THE CITY OF CHICAGO, a Municipal Corporation, as follows:

### COUNT I – EXCESSIVE FORCE

1.  This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, and accomplished by acts and/or omissions of the Defendants committed under color of law.

2.  Jurisdiction is based on Title 28 U.S.C. § 1343 and § 1331, and supplemental Jurisdiction of the State of Illinois.

3. The Plaintiff, GREGORY GARNER, was at all relevant times a United States citizen and permanent resident of the State of Illinois.

4. The Defendants, P.O. ANTHONY VINCENT # 15162, P.O. C. GUERRERO, P.O. L. MIRO, and P.O. A. DICARLO, were at all relevant times duly appointed police officers of the CITY OF CHICAGO and were acting within their scope of employment and under color of law.

5. In April 2019, the Plaintiff was at a store in the vicinity of 4017 W. Madison St., Chicago, Illinois 60624.

6. Police took the Plaintiff into custody for what they believe was a drug charge.

7. One or more of the officers grabbed the Plaintiff and took him to the ground.

8. The Plaintiff was not resisting arrest or fighting the police.

9. The police physically attacked and beat the Plaintiff, causing a busted head, broken tooth, injured eye socket, and other injuries.

10. Said use of force was unnecessary.

11. Said use of force was unreasonable.

12. Said use of force was excessive.

13. The Plaintiff was injured and had to be taken to Mt. Sinai Hospital.

14. Said actions were intentional, willful, and wanton.

15. Said actions of the Defendants, P.O. ANTHONY VINCENT # 15162, P.O. C. GUERRERO, P.O. L. MIRO, and P.O. A. DICARLO, violated the Plaintiff, GREGORY GARNER'S, Fourth and Fourteenth Amendment Rights of the United States Constitution as protected by 42 U.S.C. § 1983.

16. As a direct and proximate consequence of said conduct of the Defendants, P.O. ANTHONY VINCENT # 15162, P.O. C. GUERRERO, P.O. L. MIRO, and P.O. A. DICARLO,

the Plaintiff, GREGORY GARNER, suffered violations of his constitutional rights, emotional anxiety, fear, pain, suffering, and permanent injury.

**WHEREFORE**, the Plaintiff, GREGORY GARNER, prays for judgement against the Defendants, P.O. ANTHONY VINCENT # 15162, P.O. C. GUERRERO, P.O. L. MIRO, and P.O. A. DICARLO, jointly and severally for reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT II – INDEMNIFICATION – CITY OF CHICAGO

1-16. The Plaintiff, GREGORY GARNER, hereby realleges and incorporates his allegations of paragraphs 1-16 of Count I as his respective allegations of paragraphs 1-16 of Count II as though fully set forth herein.

17. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

18. Defendants, P.O. ANTHONY VINCENT # 15162, P.O. C. GUERRERO, P.O. L. MIRO, and P.O. A. DICARLO, are employees of the CITY OF CHICAGO Police Department who acted within the scope of their employment in committing the misconduct described herein.

19. Should any of the Defendants P.O. ANTHONY VINCENT # 15162, P.O. C. GUERRERO, P.O. L. MIRO, and P.O. A. DICARLO, be found liable for the acts alleged above, the CITY OF CHICAGO would be liable to pay the Plaintiff, GREGORY GARNER, any judgment obtained against said Defendants.

**WHEREFORE**, the Plaintiff, GREGORY GARNER, prays for judgment against the Defendants, P.O. ANTHONY VINCENT # 15162, P.O. C. GUERRERO, P.O. L. MIRO, and P.O.

A. DICARLO, jointly and severally, for reasonable compensatory damages, punitive damages, and costs.

## **JURY DEMAND**

The Plaintiff, GREGORY GARNER, requests a trial by jury.

                                                    Respectfully submitted,

By:    */s/ Gregory E. Kulis*
              One of Plaintiff's Attorneys

**Gregory E. Kulis (No. 6180966)**
**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602-3368**
**p. (312) 580-1830 / f. (312) 580-1839**
**Email: gkulis@kulislawltd.com**